# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147435 & (10)

THEODORE M. BELL,
      Plaintiff,

v

SC: 147435
AGC: 2122-11

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

On order of the Court, the motion for leave to amend and to add to the record is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013

Clerk

s1216